1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DELBERT WILLIAMS,

11             Petitioner,              No. 2:12-cv-0325 JFM (HC)

12        vs.

13  MEDICAL STAFF, et al.,              ORDER AND

14             Respondents.            <u>FINDINGS AND RECOMMENDATIONS</u>

15  _____/

16             By an order filed February 21, 2012, plaintiff was ordered to file an in forma

17  pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that

18  failure to do so would result in a recommendation that this action be dismissed.  The thirty day

19  period has now expired, and plaintiff has not responded to the court's order and has not filed an

20  in forma pauperis affidavit or paid the appropriate filing fee.

21             Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this

22  case; and

23             IT IS HEREBY RECOMMENDED that this action be dismissed without

24  prejudice.

25             These findings and recommendations are submitted to the United States District

26  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 18, 2012.

UNITED STATES MAGISTRATE JUDGE

/014will0325.fifp